# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

DELORES THIBODEAUX

VERSUS

PINNACLE ENTERTAINMENT, INC.
D/B/A L'AUBERGE CASINO &
HOTEL BATON ROUGE

NO.  2019 CW 1317

**JAN 0 6 2020**

---

In Re:   Pinnacle Entertainment, Inc. d/b/a L'Auberge Casino &
Hotel Baton Rouge, applying for supervisory writs,
19th Judicial District Court, Parish of East Baton
Rouge, No. 667510.

---

**BEFORE:   McDONALD, THERIOT, AND CHUTZ, JJ.**

　　**WRIT GRANTED.** The trial court's July 30, 2019 judgment, which denied the motion for summary judgment filed by the defendant, Pinnacle Entertainment d/b/a L'Auberge Casino & Hotel, is reversed. We find the valet cone and base were an open and obvious hazard. See **Rodriguez v. Dolgencorp, LLC,** 2014-1725 (La. 11/14/14), 152 So.3d 871, 872 (per curiam). The plaintiff, Delores Thibodeaux, failed to produce factual support sufficient to establish the existence of a genuine issue of material fact precluding summary judgment. Accordingly, the motion for summary judgment filed by the defendant, Pinnacle Entertainment d/b/a L'Auberge Casino & Hotel, is granted, and the plaintiff's claims against the defendant, Pinnacle Entertainment d/b/a L'Auberge Casino & Hotel, are dismissed with prejudice.

**JMM**
**MRT**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT